UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN LAVOIE, | ) | No. SA CV 10-01929-DSF (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN J. SENTMAN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

8/29/11

DATED:_____            _____
                                         DALE S. FISCHER
                                         UNITED STATES DISTRICT JUDGE